# UNITED STATES DISTRICT Court

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
|---|---|
| v. | CASE NUMBER: 13-PO-00132-DLW<br>U.S. MARSHAL NO: 38903-013 |
| KEITH L. HARPER | Robert C. Duthie, III<br>(Defendant's Attorney) |

**THE Defendant:** Was found Guilty on Counts One, Two, Three, Five, and Six of the Information after a plea of not guilty.

**ACCORDINGLY,** the Court has adjudicated that the Defendant is Guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 551; 18 USC 2 and 36 CFR 261.10(c) | Conducting Work Activity or Service Without Authorization | 7/19/13 | One |
| 16 USC 551; 18 USC 2 and 36 CFR 261.10(c) | Conducting Work Activity or Service Without Authorization | 7/30/13 | Two |

The Defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Defendant has been found not guilty on Count Four of the Information and is discharged as to such count.

IT IS ORDERED that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the Defendant shall notify the Court and United States Attorney of any material change in the Defendant's economic circumstances.

February 12, 2014
Date of Imposition of Judgment

Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

February 13, 2014
Date

DEFENDANT: KEITH L. HARPER
CASE NUMBER: 13-PO-00132-DLW                                             Judgment-Page 2 of 7

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 16 USC 551; 18 USC 2 and 36 CFR 261.10(c) | Conducting Work Activity or Service Without Authorization | 7/31/13 | Three |
| 16 USC 551, 18 USC 2 and 36 CFR 261.10(c) | Conducting a Work Activity or Service Without Authorization | 08/14/13 | Five |
| 16 USC 551, 18 USC 2 and 36 CFR 261.10(c) | Conducting Work Activity or Service Without Authorization | 08/15/13 | Six |

DEFENDANT: KEITH L. HARPER
CASE NUMBER: 13-PO-00132-DLW                                           Judgment-Page 3 of 7

## UNSUPERVISED PROBATION

The Defendant is hereby placed on unsupervised probation for a term of one (1) year as to each Count. The terms of unsupervised probation shall run concurrently.

The Defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance, including marijuana.

## ADDITIONAL CONDITIONS OF UNSUPERVISED PROBATION

1) The Defendant nor his business, Outlaw Tours, can enter onto any public lands in the District of Colorado, *i.e.*, Forest Service, National Parks, Bureau of Land Management lands, for a period of one (1) year.

DEFENDANT: KEITH L. HARPER
CASE NUMBER: 13-PO-00132-DLW                                                                 Judgment-Page 4 of 7

## MONETARY OBLIGATIONS

The Defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count  | Assessment | CVB | Fine   | Restitution |
|--------|------------|-----|--------|-------------|
| One    | $10.00     | 0   | $0.00  | $0.00       |
| Two    | $10.00     | 0   | $0.00  | $0.00       |
| Three  | $10.00     | 0   | $0.00  | $0.00       |
| Five   | $10.00     | 0   | $0.00  | $0.00       |
| Six    | $10.00     | 0   | $0.00  | $0.00       |
| **TOTALS** | $50.00 |     | $0.00  | $0.00       |

DEFENDANT: KEITH L. HARPER
CASE NUMBER: 13-PO-00132-DLW                              Judgment-Page 5 of 7

## SCHEDULE OF PAYMENTS

Having assessed the Defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the Court, unless otherwise directed by the Court, the probation officer, or the United States Attorney.

The Defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.